UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

Case No. 19-cr-64 MJD/ECW

v.

**ORDER**

Michael Antonio Miller,

        Defendant.

This matter is before the Court on the Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated May 19, 2020. (Doc. No. 126). Defendant has filed objections to the Report and Recommendation challenging the recommendations that his motions to suppress statements and evidence be denied.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). The Court has reviewed the transcript of the motion hearing held on February 21, 2020, the exhibits admitted during that hearing, and the parties' submissions. Based upon that review, and

in consideration of the applicable law, the Court will adopt the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that

1. Defendant's Motion to Suppress Statements (Doc. No. 97) is **DENIED** except as to Miller's statements made between 3:00:50 and 3:01:01 in Government Exhibit 2; and

2. Defendant's Motion to Suppress Evidence Obtained Through Search and Seizure (Doc. No. 101) is **DENIED**.

DATED:  July 20, 2020

s/ Michael J. Davis<br>
Michael J. Davis<br>
United States District Court